In the Matter of the Claim of CHARLES BOARDWAY, Respondent, against JOHN P. KELLAS, Appellant, and Another. STATE INDUSTRIAL BOARD, Respondent.— The order to show cause, improperly granted by the county judge, is vacated, and motion denied, without costs, on the ground that there is no substantial evidence of threat of criminal prosecution, and that if there were, there is no jurisdiction in this court to stay such prosecution as an incident of this appeal. As there has been no unwarranted delay by the State Industrial Board in making findings no reason appears why if the parties co-operate the appeal may not be heard at the November compensation term. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MABEL C. FULLER, Respondent, against TITLE GUARANTEE AND TRUST COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN SALATTO, Respondent, against ANTONIO SALATTO and Another, Copartners Doing Business as SALATTO BROS. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of CARRIE DECKER, Respondent, against ROSEN-WEIG COMPANY, Impleaded with NEW AMSTERDAM CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend notice of appeal by adding the name of the employer as a respondent and restoring the appeal to the compensation calendar granted, with ten dollars costs of motion to the claimant and the employer each against the insurance carrier, provided, however, that payment of compensation shall be continued until the determination of the appeal, and that service of the order to be entered hereon and of the amended notice of appeal shall be made on the employer and its attorney within ten days after such entry. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of PHILIP FRIONA, Appellant, against JACOB WENDLING and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of THOMAS BRODERICK, Respondent, against GEORGE COLON & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.